AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:25-mj-00086 |
| Kevin Jared Olsen | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 30, 2025__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in possession of a firearm; and, |
| 21 U.S.C. § 856 | Maintaining drug-Involved premises. |

This criminal complaint is based on these facts:

See affidavit of Homeland Security Investigations (HSI) Special Agent David Slafsky, which is attached and incorporated fully by reference.

☑ Continued on the attached sheet.

/s/ By phone
Complainant's signature

David Slafsky, Special Agent, HSI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __10:21__ a.m./p.m.

Date: __March 31, 2025__

Judge's signature

City and state: __Portland, Oregon__    Honorable Youlee Yim You, U.S. Magistrate Judge
Printed name and title